UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    MICHELLE STENLICK, et al

                  Plaintiff(s)

     -vs-                                06-Cv-6237

    J.M.MORGAN CHASE & CO., et al

                  Defendant(s)
_____

       Sarah E. Bouchard, Esq., Beth M. Henke, Esq., Michael L. Banks, Esq. and Sharri H. Horowitz, Esq. have submitted to the Court evidence that they are presently members in good standing of the Bar of the Commonwealth of Pennsylvania and various state and federal courts and have requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Sarah E. Bouchard, Esq., Beth M. Henke, Esq., Michael L. Banks, Esq. and Sharri H. Horowitz, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

       Wherefore, upon receipt of the $75.00 admission fee, Sarah E. Bouchard, Esq., Beth M. Henke, Esq., Michael L. Banks, Esq. and Sharri H. Horowitz. will be admitted to practice <u>pro hac vice</u> in the above-captioned matter.

       ALL OF THE ABOVE IS SO ORDERED.

                                  S/ MICHAEL A. TELESCA
                                  MICHAEL A. TELESCA
                                  United States District Judge

Dated:  Rochester, New York
       June 30, 2006