UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| MICHELLE POLETTA, on behalf of herself and all other employees similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>JPMORGAN CHASE & CO. and the CHASE MANHATTAN BANK, | **ORDER**<br><br>**Civil Action No.:**<br>**06-CV-6237 (MAT)** |

_____

**WHEREAS,** by Order dated March 7, 2008, this Court approved a Settlement Agreement and Release in this matter, in accordance with the terms and conditions of Section 216 of the Fair Labor Standards Act;

**WHEREAS**, this Court appointed Steven V. Modica, Esq., as Special Master pursuant to Federal Rule of Civil Procedure ("Rule") 53(b)(3), to make recommendations on, among other things, the application for attorneys' fees by plaintiffs' counsel;

**WHEREAS**, as confirmed in the Report and Recommendation of the Special Master dated April 8, 2008, the Special Master has recommended that plaintiffs' counsel (Dolin, Thomas & Solomon LLP and Stanley J. Matusz, Esq.), be awarded attorneys' fees in the amount of 33.3333% of the amount of the settlement fund, and in accordance with the terms set forth in the Settlement Agreement.

　　　　**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

Dolin, Thomas & Solomon LLP and Stanley J. Matusz, Esq., be awarded attorneys' fees in the amount of 33.3333% of the amount of the settlement fund and in accordance with the terms set forth in the Settlement Agreement.

　　　　**ALL OF THE ABOVE IS SO ORDERED.**

Dated: April 9, 2008　　　　　　　　　　　　　　　s/Michael A. Telesca
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael A. Telesca
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge